LORAINE AYRES v. STATE

No. 25406. October 24, 1951.
State's Motion for Rehearing Granted December 12, 1951.
Appellant's Motion for Rehearing Denied February 6, 1952.

Hon. John Snell, Jr., Judge Presiding.

▮▮▮

*William H. Scott,* Houston for appellant.

*Sam W. Davis,* Criminal District Attorney, *King C. Haynie,* Assistant Criminal District Attorney, Houston, and *George P. Blackburn,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This is an appeal from a conviction for keeping a disorderly house, with punishment assessed at a fine of $200 and twenty days in jail.

The affidavit or complaint upon which the information is predicated states only that the affiant has "good reason to believe" that the offense was committed. Nowhere does the affiant state that she "does believe."

Such a complaint is fatally defective and will not support a valid information.

The judgment is reversed and prosecution ordered dismissed.

Opinion approved by the court.

### ON STATE'S MOTION FOR REHEARING

WOODLEY, Judge.

It is shown by supplemental transcript that the complaint filed in the trial court is regular on its face and states that the affiant "has reason to believe and does believe" that the offense was committed.

Appellant pleaded guilty to the charge, and her punishment is that fixed by law for the offense charged.

There are no bills of exception and nothing is presented for review.

The state's motion for rehearing is granted, and the order reversing the conviction and dismissing the prosecution is set aside, and the judgment is now affrmed.

Opinion approved by the court.

ON MOTION FOR REHEARING

MORRISON, Judge.

Appellant complains that the judgment is defective in that she was found guilty of "disorderly house" and asks for a reversal on this ground.

In compliance with Article 847, C. C. P., we now reform the judgment to read "keeping a disorderly house."

Appellant's motion for rehearing is overruled.